IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-244-BO

| | |
|---|---|
| BOBBY HART, | ) |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| DELHAIZE AMERICA | ) |
| TRANSPORTATION LLC, MED FAST | ) |
| URGENT CARE, DELHAIZE | ) |
| DISTRIBUTION CENTER NO. 4 FOOD | ) |
| LION, MIKE DICKEY, RICHARD EASON) | |
| and JIM DALY, | ) |
| Defendants. | ) |

This cause comes before the Court on plaintiff's motion for leave to proceed in forma pauperis [DE 1] and Magistrate Judge Jones' memorandum and recommendation [DE 4].

When plaintiff filed the instant case, he also moved for leave to proceed without paying the filing fee. Magistrate Judge Jones then entered a memorandum and recommendation, recommending that the motion be denied. Since then, plaintiff has paid the filing fee and the case has proceeded. Accordingly, both motions [DE 1, DE 4] are now moot. The Clerk is DIRECTED to terminate both motions.

SO ORDERED, this _30_ day of July, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE